UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLEGAS,<br><br>          Petitioner,<br><br>    v.<br><br>RAMON MADDEN,<br><br>          Respondent. | No. CV 17-129 MWF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 12, 2017

_____
MICHAEL W. FITZGERALD
United States District Judge